**Jose F. REUTER, Plaintiff—Appellant,**

v.

**WASHINGTON COUNTY SUPERVI-SORS; Gregory I. Snook, President; David Engle, Director, Washington County Department of Social Services; John Kennedy, Program Manager; Paula Price, LCSW–C Adult Protection Agency, Washington County Department of Social Services; Ann Bushong, Case Manager Supervisor, Washington County Department of Social Services; Lynn M. Smith, Case Manager, Washington County Department of Social Services; Alice Sencindiver, RN, Washington County Health Department; Brenda Miller, Washington County Hospital Home Health Care; Elise Culler, Director as Superior Respondent; Ray Belen, Physical Therapist Home Health Care, Carolyn Fleenor, Home Health Care; Ify Onyia, Director Superior Respondent, Marta Feigly; Susan J. McDonald, Washington County Commission of Aging; Timothy S. Gordon, P. A.; Jane Doe; John Doe; Dawn Morales; Judy Barron, Defendants—Appellees,**

**and**

**Paul Theodoni, M.D., in his individual and official capacity, Defendant.**

**No. 06–1981.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Nov. 28, 2006.

Jose F. Reuter, Appellant pro se. Kirk Chalis Downey, Office of the County Attorney, Hagerstown, Maryland; Elise Song Kurlander, Christopher A. Gozdor, Office of the Attorney General of Maryland, Baltimore, Maryland; William John Hickey, Rockville, Maryland; James Sunderland Aist, Anderson, Coe & King, Baltimore, Maryland; John Michael Quinn, Ethridge, Quinn, McAuliffe, Rowan & Hartinger, Rockville, Maryland, for Appellees.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jose F. Reuter appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Reuter v. Washington County Supervisors*, No. 1:06–cv–00334–CCB (D.Md. Aug. 30, 2006). We further grant Reuter's unopposed motion to dismiss Paul Theodoni, M.D., as a party to the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*